UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Sean Christopher Matheson**　　　　　　　　　　　　　　　　**Docket No. 7:20-CR-60-1M**

**Petition for Action on Supervised Release**

COMES NOW Wesley J. Jackson, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Sean Christopher Matheson, who, upon an earlier plea of guilty to Count 1- Transporting in Interstate or Foreign Commerce Visual Depictions of Minors Engaging in Sexually Explicit Conduct, in violation of 18 U.S.C. §§ 2252(a)(1) and (b)(1) and Count 8- Receipt of Visual Depiction Transported in Interstate or Foreign Commerce which Depicted Minors Engaged in Sexually Explicit Conduct, in violation of 18 U.S.C. §§ 2252(a)(2) and (b)(1), was sentenced by the Honorable Robert J. Conrad, Jr., Chief United States District Judge, on February 17, 2009, to the custody of the Bureau of Prisons for a term of 135 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 120 months. Sean Christopher Matheson was released from custody on March 23, 2018, at which time the term of supervised release commenced in the Eastern District of North Carolina.

On April 9, 2020, jurisdiction was transferred from the Western District of North Carolina to the Eastern District of North Carolina and the case was assigned to the Honorable Richard E. Myers II, Chief United States District Judge. On January 13, 2023, October 23, 2023, and July 31, 2024, due to the defendant having deceptive polygraph results, the court was notified, and the defendant was continued on supervision. Also, on March 15, 2024, the court was notified that the defendant submitted a urinalysis test that tested positive for marijuana, and the defendant was continued on supervision.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant was scheduled to undergo a polygraph on October 10, 2024. However, on that date, the defendant exhibited signs of having a panic attack during the pre-test phase and the polygrapher determined that the defendant was not suitable to undergo the polygraph on that date and suggested that the defendant's mental health be stable before he undergoes another polygraph. The probation office spoke with the defendant further and he disclosed that more recently, he has been suffering with severe mental health issues and having more frequent anxiety episodes. The defendant is currently enrolled in mental health and sex offender treatment at Integrated Behavioral Health Services and this issue was discussed with the defendant's counselor. On November 20, 2024, the probation office received a request from the defendant's counselor to temporarily suspend polygraph examinations to allow the defendant an opportunity to adjust to changes in his treatment plan and medication. Due to the defendant's current mental health state, we would respectfully recommend that polygraph examinations be suspended until the treatment provider determines he is stable and able to participate in polygraphs.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant's polygraph examination requirement be temporarily suspended. The probation office will resume polygraph examinations once the treatment provider determines that the defendant's mental health has stabilized.

Except as herein modified, the judgment shall remain in full force and effect.

Sean Christopher Matheson
Docket No. 7:20-CR-60-1M
Petition For Action
Page 2

Reviewed and approved,

/s/ Keith W. Lawrence
Keith W. Lawrence
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Wesley J. Jackson
Wesley J. Jackson
U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2551
Executed On: December 6, 2024

ORDER OF THE COURT

Considered and ordered this 6th day of December, 2024, and ordered filed and made a part of the records in the above case.

Richard E. Myers II
Chief United States District Judge